MELISSA HOLYOAK, United States Attorney (#9832)
BRYAN REEVES, Assistant United States Attorney (DC #99479)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, UT  84111-2176
Telephone:  (801) 524-5682 • Facsimile:  (801) 524-3399

FILED
2026 JUL 27
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | <u>INFORMATION</u> |
| Plaintiff, | : | |
| | | VIO. 8 U.S.C. § 1326 |
| vs. | : | |
| | | (REENTRY OF A PREVIOUSLY |
| VICTOR CAMPOS-RAYA, | : | REMOVED ALIEN) |
| Defendant. | : | Case: 1:26−cr−00046<br>Assigned To : Parrish, Jill N.<br>Assign. Date : 7/27/2026<br>Description: USA v Campos−Raya |

The United States Attorney charges:

<u>COUNT I</u>

On or about July 25, 2026, in the District of Utah,

VICTOR CAMPOS-RAYA,

the defendant herein, an alien who on or about October 13, 2005, August 23, 2006, and

September 25, 2019, was excluded, removed, and deported from the United States, did

knowingly reenter and was found in the United States in the District of Utah, having not

obtained the consent of the Secretary of the United States Department of Homeland

Security to reapply for admission into the United States; all in violation of Title 8, United States Code, Section 1326.

DATED this 25th day of July, 2026.

MELISSA HOLYOAK
United States Attorney

For: _____

Bryan Reeves
Assistant United States Attorney